ORDERED.

Dated: October 17, 2019

Cynthia C. Jackson
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                     CASE NO. 6:19-bk-04131-CCJ
                                                                       CHAPTER 7

CESAR FELICIANO,

    Debtors.
_____/

**ORDER GRANTING**
**AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS CASE** came for consideration on negative notice on the Amended Motion for Relief from the Automatic Stay (DE 23) filed by U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST on September 13, 2019. No appropriate response having been filed in accordance with Local Rule 2002-4, it is

**ORDERED:**

1.      The automatic stay arising by reason of 11 U.S.C. 362 is lifted as to Movant, and Movant may complete the action in state court for the foreclosure of its mortgage, including post sale and eviction actions, and short sale or deed in lieu, against the real property legally described as to Movant's interest in the property located 363 NE 211TH TERRACE, MIAMI, FL 33179, and legally described as:

LOT 39, BLOCK 1, OF SAN SIMEON HOMES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 139, AT PAGE 56, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

2. The relief granted permits Movant to pursue in rem actions against the property, and not an in personam judgment against the Debtor.

3. The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

4. Bankruptcy fees and costs in the amount of $531.00 are awarded for the prosecution of this Motion for Relief from Stay

Matthew Klein, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of this order.

Copies furnished to:

Haven Del Pino, Esq., 900 West 49th Street, Suite 422, Hialeah, FL 33012

Gene T. Chambers, Trustee, PO Box 533987, Orlando, FL 32853

Office of the US Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801

And a true and correct copy will be mailed to the non-CM/ECF participant:

Cesar Feliciano, 452 W. Oak Ridge Road, Apt. 110, Orlando, FL 32809